# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BR TANK, LLC

VERSUS

MERIDIAN CHEMICALS, LLC,
RJ'S TRANSPORTATION, LLC,
AND HONEYWELL INTERNATIONAL
INC.

NO. 2019 CW 0913

DEC 0 6 2019

---

In Re: Honeywell International, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656933.

---

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT